**Order entered March 26, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01218-CV

**STARWOOD MANAGEMENT, LLC,
BY AND THROUGH NORMA GONZALEZ, Appellant**

**V.**

**DON SWAIM, ET AL., Appellees**

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-12760-L**

## ORDER

We **GRANT** appellees' March 23, 2015 unopposed second motion for an extension of time to file a brief. Appellees shall file a brief by **APRIL 27, 2015**. We caution appellees that no further extension will be granted absent extraordinary circumstances.

/s/      ELIZABETH LANG-MIERS
JUSTICE